1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.     Bar #: 185736
2  Michelle L. Wakefield, Esq.  Bar #: 200424
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 | LINDA THOMPSON,                                | Case No.: C 05 4135 BZ
11 |          **Plaintiff,**                        |
12 | v.                                             | VOLUNTARY DISMISSAL AND
                                                    | DISMISSAL WITH PREJUDICE OF
13 | HAMPTON INN UKIAH; REDWOOD                     | ALL DEFENDANTS FROM
   | EMPIRE LODGING, LLC d.b.a. HAMPTON             | PLAINTIFFS' COMPLAINT AND
14 | INN UKIAH; REDWOOD EMPIRE                      | PLAINTIFFS' COMPLAINT IN ITS
   | LODGING, LLC; And **DOES 1 THROUGH**           | ENTIRETY AND ORDER THEREON.
15 | **10, Inclusive**
16 |
17 |          **Defendants.**                       | [Fed.R.Civ.P. Rule 41(a)(2)]

18

19

20

21     **IT IS HEREBY REQUEST** by LINDA THOMPSON, Plaintiff, through her attorneys of

22 record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter

23 a dismissal with prejudice of Defendants HAMPTON INN UKIAH; REDWOOD EMPIRE

24 LODGING, LLC d.b.a. HAMPTON INN UKIAH; and REDWOOD EMPIRE LODGING, LLC,

25 from Plaintiff's Complaint, Case Number: C 05 4135 BZ. The parties to this matter succeeded in

26 resolving the issues between themselves and have entered into a written settlement Agreement.

27 Plaintiff additionally requests that the Complaint be dismissed with prejudice in its entirety.

28

                                              1         Case Number: C 05 4135 BZ

Document Date: January 30, 2006

IT IS SO REQUESTED.

Dated: 3/3, 2006                    PINNOCK & WAKEFIELD, A.P.C.

                                    By: /s/ David C. Wakefield
                                    DAVID C. WAKEFIELD, ESQ.
                                    Attorneys for Plaintiff

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that Defendants HAMPTON INN UKIAH; REDWOOD EMPIRE LODGING, LLC d.b.a. HAMPTON INN UKIAH; and REDWOOD EMPIRE LODGING, LLC, are dismissed with prejudice from Plaintiffs' Complaint, Case Number: C 05 4135 BZ. Additionally, Plaintiff's Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 17, 2006              _____
                                   HON. BERNARD ZIMMERMAN
                                   UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
Judge Bernard Zimmerman

2                                   Case Number: C 05 4135 BZ

Document Date: January 30, 2006

**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.   Bar #: 185736
Michelle L. Wakefield, Esq.   Bar #: 200424
Theodore A. Pinnock, Esq.   Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Phone: (619) 858-3671
Fax: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES COURT DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA THOMPSON,<br><br>   Plaintiff,<br><br>   v.<br><br>HAMPTON INN UKIAH; REDWOOD EMPIRE LODGING, LLC d.b.a. HAMPTON INN UKIAH; REDWOOD EMPIRE LODGING, LLC; And DOES 1 THROUGH 10, Inclusive<br><br>   Defendants. | Case No.: C 05 4135 BZ<br><br>**PROOF OF SERVICE**<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

   I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

   On this date, I served the following documents described as:

**VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON** on all Defendants in this action by:

1    Case Number C 05 4135 BZ

    __X__ placing _____ the original __X__ a true copy thereof enclosed in sealed enveloped addressed as stated below.

**Glen S. Umeda, Esq.**
**Lewis Brisboid**
**1 Sansome Street, #1400**
**San Francisco, CA 94104**
Telephone: **(415)362-2580**
Facsimile: **(415)434-0882**
**ATTORNEY FOR DEFENDANT REDWOOD EMPIRE LODGING, LLC**

    __X__ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    _____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

    _____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

    _____ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

    __X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

    **EXECUTED** on March 15, 2006, at San Diego, California.

*David C. Wakefield* (signature)
David C. Wakefield